UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ANGELO MERCADO,

    Plaintiff,

v.                                                     Case No. 9:18-cv-80325-BB

CONGRESS AUTO PARTS CO.,

    Defendant.

_____/

**DEFENDANT CONGRESS AUTO PARTS CO.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Congress Auto Parts Co. ("Defendant" or "Congress Auto Parts"), hereby discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that Congress Auto Parts has no parent corporation and that no publicly held corporation owns 10% or more of Congress Auto Parts' stock.

Dated: March 13, 2018

                                              Respectfully submitted,

                                              *s/ Larry S. Perlman*
                                              Larry S. Perlman (Florida Bar No. 91934)
                                              lperlman@foley.com
                                              Kenway Wong (Florida Bar No. 125323)
                                              kwong@foley.com
                                              FOLEY & LARDNER LLP
                                              One Biscayne Tower, Suite 1900
                                              2 S. Biscayne Blvd.
                                              Miami, Florida 33131
                                              Tel. No.: 305-482-8400
                                              Fax No.: 305-482-8600
                                              ***Attorneys for Defendant***

4826-6956-2207.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

        *s/ Larry S. Perlman*
        Larry S. Perlman

## SERVICE LIST

Shlomo Y. Hecht, Esq.
sam@hechtlawpa.com
Shlomo Y. Hecht, P.A.
11651 Interchange Cir S
Miramar, FL 33025
Tel. No.: (954) 861-0025
Fax. No.: (615) 413-6404
***Attorneys for Plaintiff***

Service by Electronic Filing generated by CM/ECF