UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-80325-BB**

ANGELO MERCADO,

      Plaintiff,

v.

CONGRESS AUTO PARTS CO.

      Defendant.

_____/

## ORDER ON POST-REMOVAL PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.  Defendant filed a Notice of Removal, ECF No. [1] (the "Notice"), on March 13, 2018.  The Notice is filed pursuant to 28 U.S.C. §§ 1441, 1446, seeking removal, pursuant to 28 U.S.C. § 1331, of an action filed in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida entitled *Mercado v. Congress Auto Parts Co.*, Case No. 2018-CA001821-XXXX-MB (the "Circuit Court Action").  Pursuant to 28 U.S.C. § 1447(a)-(c), Fed. R. Civ. P. 81(c), and S.D. Fla. L. R. 7.2, it is **ORDERED** that:

    1.    On or before **March 20, 2018**, Defendant shall file a notice with the Court attaching a true and correct copy of the docket in the Circuit Court Action.

    2.    Plaintiff may file a motion to remand this case on or before **April 12, 2018**.[1] Deadlines with respect to such motion will be governed by all relevant Local Rules.

---

[1] The Court notes that no party can waive the objection of lack of federal subject-matter jurisdiction; any party can exercise the right to secure a remand of an action to state court when there is no federal subject-matter jurisdiction over the action that has been removed to federal court.  *See Cotton v. Massachusetts Mut. Life Ins. Co.*, 402 F.3d 1267, 1280 (11th Cir. 2005) (noting in addition responsibility of court to raise issue of jurisdiction *sua sponte*).

Case No. 18-cv-80325-BB

**DONE AND ORDERED** in Miami, Florida, this 14th day of March, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record