**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-80325-BB**

ANGELO MERCADO,

    Plaintiff,

v.

CONGRESS AUTO PARTS CO.

    Defendant.

_____/

**ORDER IN ACTIONS BROUGHT UNDER THE FAIR LABOR STANDARDS ACT**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. In the Complaint, Plaintiff brings a claim under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, ("FLSA"). In order to assist the Court in the management of this case, and in an effort to foster early and cost-effective resolution, the parties are **ORDERED** to comply with the following procedures:

    1.    Under Rule 8 of the Federal Rules of Civil Procedure, a plaintiff is required to state a "short and plain statement of the claim." While this Rule places only a light burden on a plaintiff, the Court requires complaints filed under the FLSA to include, at a minimum, a statement setting forth the following with respect to each Plaintiff(s):

        a.    An initial estimate of the total amount of alleged unpaid wages;

        b.    A preliminary calculation of such wages;

        c.    The approximate period during which the alleged FLSA violations occurred; and

        d.    The nature of the wages (e.g., overtime or straight time).

Case No. 18-cv-80325-BB

Plaintiff is directed to file a "Statement of Claim" by **April 4, 2018**. Plaintiff shall file a notice of compliance that it has served a copy of this Order, the Statement of Claim, and copies of <u>all</u> supporting documents (including time sheets, pay stubs, etc.) upon counsel for Defendant(s) by **April 11, 2018**.

2. Defendant(s) shall then file a "Response to Plaintiff's Statement of Claim" setting forth in detail any defenses to Plaintiff's claim(s) and serve copies of <u>all</u> supporting documents within **twenty-one (21) days** of receipt of the Statement of Claim.

3. This matter is **REFERRED** for purposes of a settlement conference before Magistrate Judge Alicia O. Valle, **to occur** within **sixty (60) days** of Defendant(s)' Response. Counsel shall confer and jointly contact Magistrate Judge Valle's Chambers prior to the due date for the response by Defendant(s) to Plaintiff's statement of claim in order to schedule the settlement conference. Magistrate Judge Valle will issue an Order Scheduling Settlement Conference outlining the time and requirements for the Settlement Conference. The Settlement Conference date may not be extended without prior approval from Magistrate Judge Valle. Except as provided under Local Rule 16.2.E, the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory. Appearance shall be in person; telephonic appearance is prohibited absent court order. All discussions, representations, and statements made at the settlement conference shall be confidential and privileged. If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **seven (7) days** of the conference.

4. In the event the settlement conference is unsuccessful, all parties are required to participate in subsequent mediation, which shall take place by the deadline contained in the

Court's Scheduling Order, entered separately.

5. Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the dismissal of this action or entry of default.

**DONE AND ORDERED** in Miami, Florida, this 14th day of March, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record