## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

ANGELO MERCADO,

    Plaintiff,

v.                                      Case No. 9:18-cv-80325-BB

CONGRESS AUTO PARTS CO.,

    Defendant.

_____/

### UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

**COMES NOW**, the law firm of Foley & Lardner LLP, and attorneys Larry S. Perlman and Kenway Wong, pursuant to Local Rule 11.1 (d)(3), hereby move to withdraw as counsel for Defendant Congress Auto Parts Co. ("Defendant") in this action.  Plaintiff does not have any objection to this Unopposed Motion for Withdrawal of Counsel.  Defendant has consented to the entry of an order granting this Unopposed Motion for Withdrawal of Counsel.  Defendant will continue to be represented by Thomas F. Munro II and Kristin M. Ahr of the law firm of Broad and Cassel LLP, who have filed a notice of appearance in this action on behalf of Defendant (D.E. # 31).  All further pleadings and papers should be furnished directly to Broad and Cassel LLP, One North Clematis Street, Suite 500, West Palm Beach, FL 33401.

**WHEREFORE**, the undersigned respectfully requests that this Court grant the Unopposed Motion for Withdrawal of Counsel, so as to enable the law firm of Foley & Lardner LLP, and attorneys Larry S. Perlman and Kenway Wong, to withdraw as counsel for Defendant.

Dated:  June 14, 2018				Respectfully submitted,

						*s/ Larry S. Perlman*
						Larry S. Perlman (Florida Bar No. 91934)
						lperlman@foley.com
						Kenway Wong (Florida Bar No. 125323)
						kwong@foley.com
						FOLEY & LARDNER LLP
						One Biscayne Tower, Suite 1900
						2 S. Biscayne Blvd.
						Miami, Florida 33131
						Tel. No.:  305-482-8400
						Fax No.:  305-482-8600
						***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

                          *s/ Larry S. Perlman*
                          Larry S. Perlman

## SERVICE LIST

**Shlomo Y. Hecht, P.A.**
Shlomo Y. Hecht, Esq.
sam@hechtlawpa.com
11651 Interchange Cir S
Miramar, FL 33025
Tel. No.: (954) 861-0025
Fax. No.: (615) 413-6404
*Attorneys for Plaintiff*

**Broad and Cassel LLP**
Thomas F. Munro, Esq.
Kristin M. Ahr, Esq.
One North Clematis Street, Suite 500
West Palm Beach, FL 33401
Telephone 561-832-3300
Facsimile 561-655-1109
Primary and secondary e-mail addresses:
tmunro@broadandcassel.com
kkavanaugh@broadandcassel.com
khar@broadandcassel.com
mfraley@broadandcassel.com
*Attorneys for Defendant*

Service by Electronic Filing generated by CM/ECF